The opinion in this case is based substantially upon the holding of this Court in Langan v. Altmayer,539 So.2d 173 (Ala. 1988), a case I believe was incorrectly decided. See my dissenting opinion in that case, 539 So.2d at 180. Because this opinion is based on a case I believe was incorrectly decided, I cannot agree with the majority's conclusion. That should not be construed necessarily as saying that I agree with the trial judge either, because the trial judge, too, applied the rule of law set out in Langan. I would overruleLangan and decide this case without regard to the holding made in that case — that the State, when it sells property as authorized by Ala. Code 1975, § 40-10-134, is selling the property in order to collect the delinquent taxes. As I said in my dissent in Langan, when the State sells property as authorized under that section, it is selling property to which it holds the title.